UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

     Plaintiff,

v.                                                                                    Case No:   6:19-cv-1250-Orl-37GJK

BOARD OF TRUSTEES FLORIDA A & M
UNIVERSITY,

     Defendant.

---

## ORDER

This matter comes before the Court on Defendant's Emergency Motion for Protective Order for Depositions on March 10, 12, and 18, 2020 (Doc. 62), heard on March 5, 2020. For the reasons stated on the record and in open court, the motion is **GRANTED IN PART AND DENIED IN PART**. Counsel are to coordinate depositions, with the earliest deposition commencing March 17, 2020. The setting of depositions is not dependent upon Defendant's general counsel's schedule.

**DONE** and **ORDERED** in Orlando, Florida on March 5, 2020.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record