UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE DOE,

    Plaintiff,

v.                                                        Case No:   6:19-cv-1250-Orl-37GJK

BOARD OF TRUSTEES FLORIDA A & M
UNIVERSITY,

    Defendant.
_____

## ORDER

    This case comes before the Court without a hearing on Plaintiff's Motion for Leave to Serve Defendant Ten Additional Interrogatories (Doc. 71). After the motion was filed, Defendant sought a 90 day stay of all proceedings in this case (Doc. 73). The Court denied that motion but did extend all remaining case deadlines by 60 days (Doc. 74). Defendant has not filed a response to Plaintiff's motion to serve additional interrogatories and the time within to do so has expired. When a party does not respond, the Court can consider the motion unopposed. <u>Foster v. The Coca-Cola Co.</u>, No. 6:14-cv-2102-Orl-40TBS, 2015 WL 3486008, at *1 (M.D. Fla. June 2, 2015). The Court proceeds on the basis that this motion is unopposed and it is therefore, **GRANTED**. Plaintiff may serve 10 additional interrogatories on Defendant.

    **DONE** and **ORDERED** in Orlando, Florida on April 21, 2020.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record